**CAPELLA PHOTONICS,
INC., Appellant**

v.

**CISCO SYSTEMS, INC., Ciena Corporation, Coriant Operations, Inc., Coriant (USA) Inc., Fujitsu Network Communications, Inc., Lumentum Holdings, Inc., Lumentum Inc., Lumentum Operations, LLC, Appellees**

2016-2394, 2016-2395, 2017-1105, 2017-1106, 2017-1107, 2017-1108

United States Court of Appeals,
Federal Circuit.

February 12, 2018

R OBERT  G REENE  S TERNE , Sterne Kessler Goldstein & Fox, PLLC, Washington, DC,

---

argued for appellant. Also represented by TYLER DUTTON, JASON DANIEL EISENBERG, DEIRDRE M. WELLS.

SARAH J. GUSKE, Baker Botts LLP, San Francisco, CA, argued for appellee Cisco Systems, Inc. Also represented by WAYNE O. STACY, Dallas, TX.

NATHANIEL T. BROWAND, Milbank, Tweed, Hadley & McCloy, LLP, New York, NY, argued for appellee Fujitsu Network Communications, Inc. Also represented by CHRISTOPHER JAMES GASPAR; MARK C. SCARSI, Los Angeles, CA.

JOEL SAYRES, Faegre Baker Daniels LLP, Denver, CO, argued for appellees Lumentum Holdings, Inc., Lumentum Inc., Lumentum Operations, LLC. Also represented by KENNETH LIEBMAN, Minneapolis, MN.

MATTHEW J. MOORE, Latham & Watkins LLP, Washington, DC, for appellee Ciena Corporation. Also represented by CHI CHEUNG, CLEMENT J. NAPLES, New York, NY; ROBERT STEINBERG, Los Angeles, CA.

JONATHAN PIETER VAN ES, Banner & Witcoff, Ltd., Chicago, IL, for appellees Coriant Operations, Inc., Coriant (USA) Inc. Also represented by THOMAS KENT PRATT; MICHAEL STEVEN CUVIELLO, Washington, DC.

(Dyk, O'Malley, and Hughes, Circuit Judges).

## JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**